U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED

AUG 1 0 2007

CLERK, U.S. DISTRICT COURT
By _____
Deputy

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | 2:06-CR-0014 (01) |
| | § | 2:07-cv-124 |
| LEOPOLD JIMENEZ-PEREZ | § | |

## ORDER ADOPTING REPORT AND RECOMMENDATION, DENYING DEFENDANT'S MOTION FOR EXTENSION TO FILE, and DISMISSING MOTION TO VACATE, SET ASIDE OR CORRECT SENTENCE

On June 21, 2007, defendant filed a deficient motion to vacate, set aside or correct sentence by a person in federal custody. Consequently, defendant was ordered to supplement his motion. Instead, on July 6, 2007, defendant filed a motion for extension of time to supplement his motion to vacate. On July 20, 2007, the United States Magistrate Judge issued a Report and Recommendation recommending therein that defendant's motion for extension be denied, and his motion to vacate be dismissed. No objections to the Report and Recommendation have been filed of record as of this date.

The United States District Judge has made an independent examination of the record in this case and has examined the Report and Recommendation of the Magistrate Judge. The District Judge is of the opinion the Magistrate Judge's Report and Recommendation should be, and hereby is, ADOPTED. It is the further ORDER of the Court that defendant's motion for extension of time is hereby DENIED. Accordingly, defendant's motion to vacate, set aside or correct sentence is, in all things, DENIED.

IT IS SO ORDERED.

ENTERED this _10th_ day of _August_ 2007.

_____
MARY LOU ROBINSON
UNITED STATES DISTRICT JUDGE